804

Commonwealth *v.* Milligan, Appellant.

Submitted April 13, 1970. *Hubert I. Teitelbaum, James K. O'Malley,* and *Morris, Safier & Teitelbaum,* for appellant; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: At the PCHA hearing the court below found appellant's guilty pleas at O. & T. No. 2, December Term, 1960, and No. 12, September Term, 1961, were valid. The sentence was legal. It is admitted that appellant did not waive his appeal rights on the jury conviction and sentence at O. & T. No. 3, December Term, 1960. Order affirmed as to the validity of the guilty pleas and sentence. Order reversed as to the allowance of an appeal nunc pro tunc on the guilty pleas. (See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970)). Order affirmed to allow appellant an appeal nunc pro tunc on the conviction and sentence at O. & T. No. 3, December Term, 1960.

Commonwealth *v.* Moore, Appellant.

Submitted December 8, 1969. *Joseph Michael Smith, F. Emmett Fitzpatrick, Jr.,* and *Fitzpatrick & Smith,* for appellant; *Nicholas J. Nastasi* and *James T. Owens,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.